**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Eric Pesqueira,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　　Defendants. | No. CV-15-01426-PHX-DGC (ESW)<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion Requesting an Extension of the Service Deadline as to Defendant Lisa Sedlar (Doc. 155). Proof of Service filed November 13, 2018 reflects that Defendant Sedlar was personally served by USMS on November 7, 2018 (Doc. 162). However, the deadline for service of process had previously been extended to October 18, 2018 (Doc. 147). For good cause shown,

**IT IS ORDERED** granting Plaintiff's Motion Requesting an Extension of the Service Deadline as to Defendant Lisa Sedlar (Doc. 155). The Court deems service executed November 7, 2018 as timely.

Dated this 15th day of November, 2018.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Eileen S. Willett
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge