**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin Eric Pesqueira,<br><br>Plaintiff,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>Defendants. | No. CV-15-01426-PHX-DGC (ESW)<br><br>**ORDER** |

The Court has reviewed the Docket in this matter. Unknown Parties John/Jane Does I-IV on the Docket, named as Jane Does I-IV in the First Amended Complaint, were dismissed by the Court's screening Order (Doc. 12 at 9) on November 2, 2015. Unknown Party named as John Doe X-Ray Tech at ASPC Florence, SMU-1, also was dismissed in the Court's screening Order (Doc. 12 at 9) on November 2, 2015. Therefore,

IT IS ORDERED that the Clerk of Court amend the Docket to reflect termination of the above defendants as ordered by the Court on November 2, 2015 (Doc. 12 at 9).

Dated this 8th day of August, 2019.

*[signature]*
Honorable Eileen S. Willett
United States Magistrate Judge